# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 20, 2013
Docket #: 13-1916cv
Short Title: In Re: Kristan Peters

DC Docket #: M2-238
DC Court: SDNY (NEW YORK CITY)
DC Judge: McMahon

## NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

____ Record on Appeal - Certified List

____ Record on Appeal - CD ROM

____ Record on Appeal - Paper Documents

____ Record on Appeal - Electronic Index

__X__ Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8551.